AO 450 (Rev. 5/85) Judgment in a Civil Case  ⊕

# United States District Court

WESTERN DISTRICT OF WASHINGTON

NVER ENTERPRISES, INC.
 d/b/a WESTERN MOTOR COACH,
a Washington corporation,                                    JUDGMENT IN A CIVIL CASE
                     Plaintiff,
v.
NEWMAR CORPORATION,
a foreign corporation,                                       CASE NUMBER:  C08-5577FDB
                     Defendant,

,

\_\_\_\_\_ **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X\_\_\_\_ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

  IT IS ORDERED AND ADJUDGED


Plaintiff's Motion for Summary Judgment [Dkt. # 9] is **DENIED**.
Defendant Newmar's Motion for Summary Judgment [Dkt. # 12] is **GRANTED**.
Plaintiff's Complaint is **DISMISSED**, with prejudice.


November 19, 2009                                             BRUCE RIFKIN
                                                                   Clerk

                                                             /s/  Pat LeFrois
                                                         _____
                                                                Deputy Clerk